IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
THE HERSHEY COMPANY and HERSHEY
CHOCOLATE & CONFECTIONERY CORPORATION,

           Plaintiffs,

v.

PROMOTION IN MOTION, INC.,

           Defendant.
------------------------------------x

No. 07-CV-1601(SDW) (MCA)

### [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS, the parties have reported that the parties have made significant progress towards completing expert discovery but that completion of expert discovery would require greater time than anticipated;

WHEREAS, the parties have requested an extension of certain expert discovery deadlines in order to permit the orderly completion of expert discovery; and

WHEREAS, the Court has found good cause for the discovery extension;

IT IS HEREBY ORDERED that the Amended Scheduling Order dated September 10, 2009 is amended as follows:

1. Expert discovery shall be completed no later than November 13, 2009.

SO ORDERED this 16 day of October, 2009.

_____

31891370_V4.DOC