# DECLARATION OF THOMAS A. SMART IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM AND AFFIRMATIVE DEFENSE THAT THE KISSES TRADEMARK IS PURPORTEDLY GENERIC

# EXHIBIT H

# REDACTED

ORIGINAL

1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    FOR THE DISTRICT OF NEW JERSEY
 4    ------------------------------ X
 5    THE HERSHEY COMPANY AND          )
 6    HERSHEY CHOCOLATE &              ) NO.
 7    CONFECTIONERY CORPORATION,       ) 07-CV-1601
 8        Plaintiff/Counterclaim      ) (SDW)(MCA)
 9        Defendants,                 )
10          -vs-                      )
11    PROMOTION IN MOTION, INC.,      )
12        Defendant/Counterclaim      )
13        Plaintiff.                  )
14    ------------------------------ X
15
16    DATE:      April 30, 2009
17    TIME:      10:19 a.m.
18
19              Deposition of MICHAEL
20    ROSENBERG, held at the offices of Kaye
21    Scholer, 425 Park Avenue, New York,
22    New York pursuant to Agreement, before
23    Hope Menaker, a Shorthand Reporter and
24    Notary Public of the State of New York.
25
```



ELISA DREIER REPORTING CORP.

950 Third Avenue    Telephone: 212-557-5558
New York, New York 10022    Fax: 212-557-0050
Email:production@courtreportingedrc.com

                                        2

 1              - MICHAEL ROSENBERG -

 2        A P P E A R A N C E S

 3      KAYE SCHOLER LLP

 4      Attorneys for the Plaintiffs and

 5      Counterclaim Defendants

 6          425 Park Avenue

 7          New York, New York 10022

 8      BY: THOMAS A. SMART, ESQ.

 9

10      COWAN, LIEBOWITZ & LATMAN, P.C.

11      Attorneys for the Defendant and

12      Counterclaim Plaintiff

13          1133 Avenue of the Americas

14          New York, New York  10036

15      BY: RICHARD S. MANDEL, ESQ.

16

17      Also Present:

18          Lois Duquette, Esq.

19          Ronald Klem, Legal Assistant

20          George Munoz, Videographer

21

22

23

24

25

                                                6

1               - MICHAEL ROSENBERG -
2         Q.    Would you state your name and
3    address for the record, please?
4         A.    Sure.  Michael Rosenberg and
5    I'm guessing you want my home address
6    or my business address?
7         Q.    Business is fine, sir.
8         A.    Yeah.  Michael Rosenberg,
9    3 Reuten, R-E-U-T-E-N, Drive, Closter,
10   C-L-O-S-T-E-R, New Jersey, 07624.
11        Q.    You are the president and CEO
12   of Promotion in Motion; is that
13   correct?
14        A.    I am.
15        Q.    And Promotion in Motion is
16   the defendant and counterclaim
17   plaintiff in this action; is that
18   correct?
19        A.    Yes.
20        Q.    Do you have any other
21   employment besides your employment as
22   president and the CEO of Promotion in
23   Motion and any positions you have with
24   related companies?
25        A.    I am managing member of

```
 1               - MICHAEL ROSENBERG -
 2      PIM Brands, LLC, which is a
 3      manufacturing entity that's affiliated
 4      with Promotion in Motion.  I'm also
 5      president of Promotion in Motion
 6      Canada, and I believe I'm managing
 7      member of Grupo de Alimentacion
 8      Promotion in Motion Iberica, which is a
 9      Spanish company, as well as Promotion
10      in Motion Mexico, which is a new
11      Mexican subsidiary company.
12          Q.    And outside of Promotion in
13      Motion and its related entities do you
14      have any employment?
15          A.    Not paid employment, no.
16          Q.    When you say "not paid," what
17      are you thinking?
18          A.    Well, I do charitable work.
19          Q.    Okay.  Now, you recall, sir,
20      that you and I met before and I took
21      your deposition back in February 2006?
22          A.    I do.
23          Q.    Okay.  Have you had an
24      opportunity to look at that deposition
25      to review it before today's deposition?
```

```
 1              - MICHAEL ROSENBERG -
 2      A.      I went through it, yes.
 3      Q.      When did you do that?
 4      A.      Mostly last night, just
 5   scanned through it.
 6      Q.      Okay.  I just want to do a
 7   few housekeeping things.
 8              You testified in that
 9   deposition in February 2006, that there
10   were four members of the Board of
11   Directors of PIM.  You, your father,
12   your brother, and one outside director,
13   Gerard Brennan.
14              Is that still the case that
15   those are the four directors?
16      A.      There have been some
17   additions to the Board.
18      Q.      Okay.  Can you tell me what
19   those are?
20      A.      Yes.  There's a new Board
21   member named Dave Rajpurohit.  Don't
22   ask me how to spell it; I will do my
23   best.  R-A-J-P-U-R-H-O-I-T -- is a
24   member of the Board.
25              Likewise Rob Purcell, who is
```

                                                        58

1            - MICHAEL ROSENBERG -
2        discussion was held off record.)
3              MR. SMART:  60, a copy of the
4        SwissKiss registration.
5              (Whereupon, Hershey
6        Exhibit 60 was marked at this
7        time.)
8        Q.    Do you recognize Exhibit 60
9    as a copy of the SwissKiss registration
10   for the United States Patent and
11   Trademark Office?
12       A.    Yes.
13       Q.    And it issued on
14   September 28, 2004; is that correct?
15       A.    Yes.
16             MR. SMART:  Mark as
17       Exhibit 61 a letter on the Kaye
18       Scholer -- written by me on or
19       about February 14, 2005, to Mr.
20       Goldberg and Miss Kelvin -- Kevlin,
21       excuse me.  Kevlin, K-E-V-L-I-N.
22             (Whereupon, Hershey
23       Exhibit 61 was marked at this
24       time.)
25       Q.    Let me know when you've had a

62

1          - MICHAEL ROSENBERG -
2     A.    Right.
3     Q.    Am I correct that that
4  statement of use was based on the sale
5  to Continental Concessions on
6  June 24, 2004?
7     A.    Yes.
8     Q.    Now, I'm going to show you
9  what was previously marked as
10 Exhibit 7.
11         MR. SMART:  And I ever a
12     photocopy of it for you counsel.
13         MR. MANDEL:  Thank you.
14    Q.    Take a look at Exhibit 7.
15    A.    Sure.
16    Q.    And you previously testified
17 that Exhibit 7 is a copy of the pro --
18 product you sold Continental
19 Concessions in June 2004, correct?
20    A.    From my recollection, yes.
21    Q.    And that header --
22    A.    With -- with -- with one
23 exception that I would point out.
24    Q.    Yeah, sure.
25    A.    I think what we ended up

63

1         - MICHAEL ROSENBERG -
2   doing was sticking a piece -- as you
3   could see, the chocolate bars were
4   falling.  So I think what we ended up
5   doing is sticking cardboard into the
6   back of these in order to prevent them
7   from doing that.
8       Q.    Okay.
9       A.    So -- but it's basically the
10  same thing, double-sided, heavy
11  cardboard, I think.
12      Q.    You're telling me as sold to
13  Continental Concession there was some
14  sort of backing?
15      A.    Yeah.  There was -- there was
16  cardboard, yeah.
17      Q.    Okay.  And the sale to
18  Continental Concessions was, at the
19  time of your deposition, the only sale
20  of SwissKiss product that PIM had made,
21  right?
22      A.    Yes.
23      Q.    And is that still the case
24  today?
25      A.    It is.

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, New York  10022

                                                         115

1           - MICHAEL ROSENBERG -
2      Q.    Pardon?
3      A.    We're all consumers.
4      Q.    Well, you understood the
5   context in which I -- I wasn't talking
6   outside this deposition, was I?
7      A.    Well, we're just all
8   consumers.
9           MR. SMART:  What's our next
10      number?
11          Let's mark as Exhibit 64
12      PIM's website as printed --
13      present -- printed out on
14      4/29/2009.
15          (Whereupon, Hershey
16      Exhibit 65 was marked at this
17      time.)
18     Q.    Take a minute and look at --
19  at that.  What we endeavored to do,
20  sir, was to print out the website as it
21  appear -- you're website, Promotion in
22  Motion's website as it appeared
23  yesterday, and we endeavored to print
24  every page.
25     A.    Okay.

                                                116

1                  - MICHAEL ROSENBERG -

2         Q.    Are you familiar with your

3    website, sir?

4         A.    Yeah.  I haven't looked at it

5    in a while, to be honest with you, but

6    generally, yes.

7         Q.    Back in February 2006, you

8    told me the SwissKiss product was not

9    listed in the PIM -- Promotion in

10   Motion's website at that time.

11              Do you recall that testimony?

12        A.    Yes.

13        Q.    And feel free to look at

14   Exhibit 65, but if you go to the "Our

15   Brand" section, I'd be correct, am I

16   not, that the SwissKiss brand is not

17   listed there?

18        A.    It's not.

19        Q.    And if you go to the company

20   overview page, there's no reference to

21   SwissKiss there, is there?

22        A.    No.  I don't think that

23   SwissKiss is on the site at this

24   particular juncture.

25        Q.    And SwissKiss has never been

175

```
 1              - MICHAEL ROSENBERG -
 2     currently purchasing it for?
 3         A.    I don't.
 4         Q.    Who would have that
 5     information?
 6         A.    It would be available from
 7     our purchasing records.
 8         Q.    Who's in charge of that
 9     department?
10         A.    Well, my father buys the
11     foreign currency.  The actual
12     transactions are paid by accounts
13     payable.  I'll -- I'll find out who --
14     who that would be.
15         Q.    Who is in charge of accounts
16     payable?
17         A.    Well, everything bubbles up
18     to the CFO today, Rob Purcell, but
19     there's -- I think the person who
20     actually writes the checks is Sandy
21     Czuch, C-Z-U-C-H?
22         Q.    And at the time of your
23     deposition back in February 2006, you
24     said the suggested retail price for the
25     Suisse bars was anywhere from a $1.29
```

176

```
 1           - MICHAEL ROSENBERG -
 2     to 2.99.
 3           A.    Yeah.
 4           Q.    Does that sound, correct?
 5           A.    Yes.
 6           Q.    Today too?
 7           A.    Yeah.
 8           Q.    What would you expect to find
 9     a Suisse bar at retail today?
10           A.    Well, everything imported has
11     gone up because of the deterioration of
12     the dollar versus the Euro, so it's
13     more skewing to the higher than the
14     lower.
15           Q.    More towards 2.99 than 1.29?
16           A.    Well, I don't know about -- I
17     mean, 2.99 would be the extreme, but
18     probably $1.99 now.
19           Q.    And have you been
20     continuously selling the Suisse bars
21     since June 2004?
22           A.    Yes.  We've been selling --
23     we've been selling product, yes.
24           Q.    Has there been any
25     interruption in supply from Maestrani?
```

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, New York  10022

                                               177

1              - MICHAEL ROSENBERG -
2        A.    No interruption.  We can get
3   product if we need it, if that's the
4   question.
5        Q.    Do you advertise the Suisse
6   bar other than on your website?
7        A.    No.  I don't think we
8   advertise the product.
9        Q.    What --
10       A.    Currently.  I mean, we have
11  advertised it.  We've run
12  advertisements for it.
13       Q.    Where have you run
14  advertisements?
15       A.    In trade magazines mostly and
16  retailers that buy the product from us
17  have advertised the product, you know,
18  in their own materials.
19       Q.    Which retailers are those?
20       A.    You know, one that I know
21  I've seen ads for is National
22  Wholesale, which is a company I think
23  based out of Long Island that operates
24  retail stores.  And, you know, they put
25  out circulars, and I remember my father