William J. Heller
**McCARTER & ENGLISH LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Thomas A. Smart (*pro hac vice*)
Paul Llewellyn (*pro hac vice*)
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Counsel for Plaintiffs-Counterclaim*
*Defendants The Hershey Company and*
*Hershey Chocolate & Confectionery Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION, | : : : | 07-CV-1601 (SDW) (MCA) |
| Plaintiffs-Counterclaim Defendants, | : | |
| v. | : : | |
| PROMOTION IN MOTION, INC., | : | |
| Defendant-Counterclaim Plaintiff. | : | |

## CERTIFICATE OF SERVICE

Pursuant to the Court's March 19, 2010 Order (Doc. 95) (the "Order"), the undersigned hereby certifies that true copies of the Order and Plaintiffs' Motion to Seal (Doc. 59) Notice of Motion and supporting documents were caused to be served on March 23, 2010 via regular mail upon the following:

ME1 9752389v.1

        HELEN GOLD, ESQ.
        Madelaine Chocolate Company
        96-03 Beach Channel Drive
        Rockaway Beach, NY 11693

        *Counsel for Madelaine Chocolate Company*

        Adrian M. Pruetz, Esq.
        PRUETZ LAW GROUP, LLP
        200 North Sepulveda Boulevard
        Suite 1525
        El Segundo, CA 90245

        *Counsel for Nestlé USA*

| | |
|---|---|
| Dated:  March 23, 2010 | **McCARTER & ENGLISH LLP** |
| *Of Counsel* | By:  S/William J. Heller |
| |      William J. Heller |
| Thomas A. Smart (*pro hac vice*) | Four Gateway Center |
| Paul Llewellyn (*pro hac vice*) | 100 Mulberry Street |
| Richard A. De Sevo | Newark, New Jersey   07102 |
| **KAYE SCHOLER LLP** | (973) 622-4444 |
| 425 Park Avenue | *Attorneys for Plaintiffs-Counterclaim Defendants The Hershey Company and Hershey Chocolate & Confectionery Corporation* |
| New York, NY  10022 | |
| (212) 836-8000 | |