UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTION IN MOTION, INC.<br><br>Defendant. | Honorable Madeline Cox Arleo<br><br>Civil Action No. 07-1601 (SDW)<br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on its own motion, and for good cause shown,

IT IS, on this 24th day of March, 2010,

**ORDERED** that Exhibit 32-2 (Docket No. 63-30) and Exhibit 33-2 (Docket No. 63-32) shall be removed from the official docket in the above-captioned matter and replaced with redacted copies submitted by counsel.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MADELINE COX ARLEO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　Hon. Susan D. Wigenton, U.S.D.J.
　　　　All Parties
　　　　File