

April 16, 2010

VIA FACSIMILE: 973-297-4906

HONORABLE Madeline Cox Arleo
United States Magistrate Judge
United States District Court
District of New Jersey

    Re: <u>Civil Action No.: 07-CV-1601 (SDW)(MCA)</u>

Your Honor:

    On behalf of Madelaine Chocolate, not a party in the above-referenced action, I am writing to confirm that Madelaine has elected to waive confidentiality with respect to certain discovery taken of Madelaine through Mr. Jorge Farber, specifically the materials identified in Exhibit C to the Declaration of Mr. Smart and documents referred to as the Mandel Exh. 77.

Respectfully yours,

Scott Wright, Esq.
Vice President, Corporate Development

Cc:    Jorge Farber
        Thomas Smart, Esq.
        Eric Shimanoff, Esq.

96-03 BEACH CHANNEL DRIVE, ROCKAWAY BEACH, NY 11693
**PHONE** 800 322 1505 // 718 945 1500 // **FAX** 718 318 4607
www.madelainechocolate.com

TOTAL P.01