William J. Heller
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444

Of Counsel:
Thomas A. Smart
Paul Llewellyn
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000

*Attorneys for Plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTIONS IN MOTION, INC.<br><br>Defendant. | Civil Action No. 07-cv-1601 (SDW) (MCA) |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Patricia Larson as counsel for plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation ("Hershey") is hereby withdrawn. The law firms of KAYE SCHOLER LLP and McCARTER & ENGLISH, LLP will continue to represent Hershey.

ME1 10429472v.1

McCarter & English, LLP

By: s/William J. Heller
William J. Heller
Jonathan M.H. Short
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
wheller@mccarter.com
jshort@mccarter.com

*Attorneys for Plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation*

OF COUNSEL:

Thomas A. Smart
Paul Llewellyn
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
tsmart@kayescholer.com
pllewellyn@kayescholer.com

August 17, 2010

2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were caused to be served on August 17, 2010 upon the following individuals in the manner indicated:

### BY EMAIL AND ECF

Howard Schwartz, Esq.
Wolff & Samson PC
One Boland Drive
West Orange, New Jersey 07052
hschwartz@wollfsamson.com

Jonathan King, Esq.
Richard Mandel, Esq.
Cowan, Liebowitz & Latman. PC
1133 Avenue of the Americas
New York, New York 10036
jzk@cll.com
rsm@cll.com

By: s/William J. Heller
William J. Heller