John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-4444

Of Counsel:
Thomas A. Smart
Paul Llewellyn
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone:  (212) 836-8000

*Attorneys for Plaintiffs The Hershey
Company and Hershey Chocolate &
Confectionary Corporation*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTIONS IN MOTION, INC.<br><br>Defendant. | Civil Action No. 07-cv-1601 (SDW) (MCA) |

## NOTICE OF APPEARANCE

TO:    THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for

Plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Company.

The undersigned hereby certifies that she is admitted to practice before this court.

ME1 11089200v.1

Respectfully submitted,

Dated:  January 18, 2011        By:    S/Symone J. Redwine
                                       Symone J. Redwine

                                       John E. Flaherty
                                       Jonathan M.H. Short
                                       McCARTER & ENGLISH, LLP
                                       Four Gateway Center
                                       100 Mulberry Street
                                       Newark, New Jersey 07102
                                       (973) 622-4444


                                       Attorneys for Plaintiffs
                                       The Hershey Company &
                                       Hershey Chocolate and
                                       Confectionary Company

                                       *Of Counsel:*

                                       Thomas A. Smart
                                       Paul Llewellyn
                                       KAYE SCHOLER LLP
                                       425 Park Avenue
                                       New York, New York 10022
                                       Telephone:  (212) 836-8000
                                       tsmart@kayescholer.com
                                       pllewellyn@kayescholer.com


**E-mail:** sredwine@mccarter.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served upon all counsel of record by operation of the Court's electronic filing system.


By: /s/Symone J. Redwine
    Symone J. Redwine

ME1 11089200v.1