UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
THE HERSHEY COMPANY and HERSHEY :    **[PROPOSED] ORDER**
CHOCOLATE & CONFECTIONERY CORPORATION,
                                              :
         Plaintiffs-Counterclaim Defendants,     Civil Action No:
                                              :    07-CV-1601 (SDW) (MCA)
    v.

PROMOTION IN MOTION, INC.,                  :

         Defendant-Counterclaim Plaintiff.     :
------------------------------------------------------------x

       WHEREAS, on January 20, 2011, the Court granted plaintiffs leave to depose non-parties Jacques Torres and Richard Toltzis, who have been identified by defendant as trial witnesses, and directed that these depositions be completed by February 18, 2011; and

       WHEREAS, the parties have been unable to schedule the deposition of Mr. Toltzis to take place by February 18, 2011, and request leave to conduct such deposition no later than March 18, 2011;

       It is hereby ORDERED that the deposition of Richard Toltzis may be completed no later than March 18, 2011.

_____
Honorable Madeline Cox Arleo
United States Magistrate Judge

32104667.DOCX