

May 19, 2011

**VIA ECF AND HAND DELIVERY**

Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Jonathan Short
Associate
T. 973.848.5394
F. 973.297.3884
jshort@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

**Re:  The Hershey Company et al. v. Promotion In Motion, Inc.
       Civil Action No. 2:07-cv-01601-SDW-MCA**

Dear Judge Wigenton:

On behalf of all parties in this matter, we enclose a copy of the Joint Stipulation Concerning Defendant's Motion to Determine Whether to Seal Defendant's Proposed Findings of Fact and Conclusions of Law.  The parties respectfully request that Your Honor endorse and enter the enclosed document on the docket.

Respectfully,

Jonathan Short

Enclosure

Cc: Counsel of Record (Via ECF)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 11758874v.1

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE HERSHEY COMPANY and HERSHEY
CHOCOLATE & CONFECTIONERY
CORPORATION,

     Plaintiffs-Counterclaim Defendants,

  v.

PROMOTION IN MOTION, INC.,

     Defendant-Counterclaim Plaintiff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No:
07-CV-1601 (SDW)

**JOINT STIPULATION CONCERNING DEFENDANT'S MOTION
TO DETERMINE WHETHER TO SEAL DEFENDANT'S
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

    WHEREAS, defendant Promotion in Motion, Inc.'s ("PIM's") Trial Brief and Proposed Findings of Fact and Conclusions of Law (collectively, "PIM's Pretrial Filings") include paragraphs that are based on information contained in documents produced by plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation (collectively, "Hershey") and designated "Confidential" pursuant to the Protective Order entered in this case on December 3, 2008;

    WHEREAS, the references to information that is contained in documents that Hershey has designated Confidential under the Protective Order include PIM's Trial Brief at p. 1, ¶ 2; p. 14, ¶ 2; and p. 19, ¶ 3, PIM's Proposed Findings of Fact at ¶¶ 64-70, 90, 116, 156-57, and PIM's Conclusions of Law at ¶ 43;

    WHEREAS, PIM has filed a Motion to Determine Whether to Seal Defendant's Trial Brief and Proposed Findings of Fact and Conclusions of Law (the "Motion"), dated May 4,

2011, which seeks an order that PIM is not required to file its Pretrial Filings under seal on the ground, *inter alia*, that the references to Hershey's confidential information contained therein are not specific enough to justify sealing;

WHEREAS, the Motion does not challenge the confidentiality of the underlying documents themselves;

WHEREAS, Hershey is willing to withdraw its Confidentiality designations with respect to the confidential information referenced in PIM's Pretrial Filings but wishes to maintain the confidentiality of certain other information contained in the underlying documents on which PIM's Pretrial Filings are based because such other information is competitively sensitive, and if disclosed to Hershey's competitors, would provide them with an unfair competitive advantage;

WHEREAS, the documents at issue are Defendant's Trial Exhibits 205, 206, and 210;

WHEREAS, the parties have conferred in an effort to resolve this motion without intervention of the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the Court's approval:

1. Hershey does not oppose the Motion and agrees to withdraw its Confidential designation with respect to the references contained in PIM's Pretrial Filings;

2. The parties shall attempt to jointly agree upon redacted versions of Defendant's Trial Exhibits 205, 206, and 210 to be introduced at trial in order to permit PIM to use the information referenced in its Pretrial Filings in open Court while at the same time

permitting Hershey to protect other confidential and irrelevant information contained in such documents from public filing.

WHEREFORE, the parties respectfully request that the Court so Order.

Dated: May 19, 2011

By: <u>S/John E. Flaherty</u>
    John E. Flaherty
    **McCARTER & ENGLISH LLP**
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    (973) 622-4444

    Thomas A. Smart (*pro hac vice*)
    Paul Llewellyn (*pro hac vice*)
    **KAYE SCHOLER LLP**
    425 Park Avenue
    New York, NY 10022
    (212) 836-8000

By: <u>S/Howard J. Schwartz</u>
    Howard J. Schwartz
    Wolff & Samson PC
    One Boland Drive
    West Orange, NJ 07052
    (973) 530-2031

    Richard S. Mandel (*pro hac vice*)
    Jonathan Z. King (*pro hac vice*)
    Eric J. Shimanoff (*pro hac vice*)
    **COWAN LIEBOWITZ & LATMAN P.C.**
    1133 Avenue of the Americas
    (212) 790-9200

SO ORDERED,

_____
Hon. Susan D. Wigenton, U.S.D.J.