UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTION IN MOTION, INC.<br><br>Defendant. | Civil Action No. 07-cv-1601 (SDW) (MCA) |

**REQUEST BY JOHN E. FLAHERTY FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by John E. Flaherty for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for David Scharfstein, Esq.

June 1, 2011

By:s/John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07109
(973) 622-4444

ME1 11782080v.1

OF COUNSEL:
Thomas A. Smart
Paul Llewellyn
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
(212) 836-8000
*Attorneys for Plaintiffs
The Hershey Company and
Hershey Chocolate & Confectionary
Corporation*

PRO HAC VICE ATTORNEY INFORMATION

David Scharfstein, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022
Phone:  (212) 836-8000
david.scharfstein@kayescholer.com

ME1 11782080v.1