# Cowan, Liebowitz & Latman, P.C.
LAW OFFICES

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

RECEIVED

JUN 2 _ 2011

CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

Richard S. Mandel
Direct (212) 790-9291
rsm@cll.com

June 24, 2011

RECEIVED

JUN 2 7 2011

CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

<u>VIA FEDERAL EXPRESS</u>

Honorable Susan D. Wigenton
United States District Judge
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

Re:  <u>The Hershey Co., et al. v. Promotion in Motion, Inc. (No. 07 Civ. 1601)</u>

Dear Hon. Judge Wigenton:

We represent Defendant Promotion in Motion, Inc. ("PIM") in the above-referenced case, and write with the consent of counsel for Plaintiff The Hershey Company ("Hershey"). We write to advise the Court that the parties have agreed to the following briefing schedule in connection with PIM's motion pursuant to Fed. R. Civ. P. 54(b) to reconsider the Court's summary judgment ruling on the issue of genericism in light of new evidence:

| | |
|---|---|
| PIM's Moving Papers Due: | July 8, 2011 |
| Hershey's Opposition Papers Due: | July 29, 2011 |
| PIM's Reply Papers Due: | August 12, 2011 |

We respectfully request that the Court approve the parties' proposed schedule.

Respectfully submitted,

Richard S. Mandel

So Ordered
this 28th day of June 2011

Susan D. Wigenton, U.S.D.J.

cc: Thomas Smart, Esq. (via email)
    Paul C. Llewellyn, Esq. (via email)

18166/011/1250312.1