IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTION IN MOTION, INC.<br><br>Defendant. | Civil Action No.<br>2:07–cv-01601 (SDW) (MCA) |

## NOTICE OF WITHDRAWAL

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws as attorney of record for The Hershey Company and Hershey Chocolate & Confectionery Corporation (plaintiffs).

Attorneys from McCarter & English, LLP will continue to represent plaintiffs in this case.

Dated: September 15, 2011

/s/Symone J. Redwine
Symone J. Redwine
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
T (973) 622-4444
F (973) 624-7070

**E-mail:** sredwine@mccarter.com

ME1 12253837v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Symone J. Redwine
Symone J. Redwine