

November 9, 2011

VIA ECF AND FACSIMILE

Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** *The Hershey Company, et al. v. Promotion In Motion, Inc.*
<u>     Civil Action No. 2:07-cv-01601-SDW-MCA                    </u>

Dear Judge Wigenton:

We, along with our co-counsel Kaye Scholer LLP, represent Plaintiffs in this matter. We write with two questions regarding trial logistics.

First, we respectfully request that Your Honor permit us to hand deliver approximately 30 boxes of documents and trial materials to the courthouse on the morning of Monday, November 14. Second, we respectfully request that Plaintiffs be allowed to use a room in the courthouse during breaks in the trial as well as before and after each day of trial.

We are available at Your Honor's convenience to answer any questions that you may have. If Your Honor approves these requests, we respectfully request that you "So Order" this letter and have it entered on the public docket.

Respectfully,

*s/John E. Flaherty*

John E. Flaherty

cc: Counsel of Record (via ECF)

                              SO ORDERED on this ___ day of November, 2011

                              _____
                              Hon. Susan D. Wigenton, U.S.D.J.

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 12516415v.1