```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
                  MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: November 16, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket # 07cv1601

The Hershey Company, et al v. Promotion In Motion, Inc.

Appearances:
Thomas A. Smart, Esq. Paul C. Llewellyn, Esq., David Scharfstein, Esq., John E. Flatery, Esq. and Thomas Gooch, Esq. for the Plts
Richard S. Mandel, Esq., Jonathan Z. King, Esq., Eric J. Schimonoff, Esq. and Kenneth Lastook, Esq. for the Dft

Nature of proceedings: **Bench Trial**
            Joel Steckel       Sworn for Plt
Plt Rests.
            Michael Rosenberg  Sworn for Dft

Bench trial adjourned to 11/17/11 at 9:30 a.m.

Time Commenced 9:30 a.m.
Time Adjourned 2:30 p.m.

cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk