```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: November 18, 2011

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket # 07cv1601

The Hershey Company, et al v. Promotion In Motion, Inc.

Appearances:
Thomas A. Smart, Esq. Paul C. Llewellyn, Esq., David Scharfstein, Esq., John E. Flatery, Esq. and Thomas Gooch, Esq. for the Plts
Richard S. Mandel, Esq., Jonathan Z. King, Esq., Eric J. Schimonoff, Esq. and Kenneth Lastook, Esq. for the Dft

Nature of proceedings: **Bench Trial**
            Itamar Simonson    Sworn for Dft
Dfts Rest.
Bench trial concluded.

Time Commenced 10:05 a.m.
Time Adjourned 11:30 a.m.

cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk