# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE HERSHEY COMPANY and HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>PROMOTION IN MOTION, INC.<br><br>Defendant. | Civil Action No. 07-cv-1601 (SDW) (MCA) |

## NOTICE OF WITHDRAWAL

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that David Scharfstein withdraws as attorney of record for plaintiffs The Hershey Company and Hershey Chocolate & Confectionary Corporation ("Plaintiffs").  Attorneys from Kaye Scholer LLP and McCarter & English, LLP will continue to represent Plaintiffs in this case.


Dated: June 28, 2012

   s/John E. Flaherty
John E. Flaherty
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
T (973) 622-4444
F (973) 624-7070

ME1 13710672v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

        s/ John E. Flaherty
          John E. Flaherty